01
02
03
04
05

06                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08   UNITED STATES OF AMERICA,           )   CASE NO. 06-667M
                                         )
09          Plaintiff,                   )
                                         )
10          v.                           )
                                         )   DETENTION ORDER
11   CHRISTOPHER RYAN ACOBA,             )
                                         )
12          Defendant.                   )
     _____ )
13

14   <u>Offense charged</u>:

15        Assault on a Federal Officer

16   <u>Date of Detention Hearing</u>:   Initial Appearance: December 14, 2006

17        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19   that no condition or combination of conditions which defendant can meet will reasonably assure

20   the appearance of defendant as required and the safety of other persons and the community.

21        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22        1.    Defendant is charged by complaint with Assault on a Federal Officer. The charges

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

arose when an effort was made to arrest defendant pursuant to a federal warrant alleging violation of pretrial release pending sentencing in CR 06-191, in which defendant was charged with felon in possession of a firearm, distribution of cocaine and possession of a firearm in furtherance of drug trafficking offense.

    2.    Defendant does not contest detention.

    3.    Defendant poses a risk of nonappearance due to a conviction for attempt to elude, recent use of illegal controlled substances, and failure to comply with prior court supervision. He poses a risk of danger due to the nature of the charges and his criminal history.

    4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER  
18 U.S.C. § 3142(i)  
PAGE 2

15.13  
Rev. 1/91

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of December, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91